| Return | |
|---|---|
| Case No: 2:18-MJ-00854 | Date and time warrant served on provider: 4/11/18 ; 11:20 A.M. |
| Inventory made in the presence of: N/A | |
| Inventory of data seized: [Please provide a description of the information produced.] | |

- 2028 PAGES OF INSTAGRAM CONTENT FOR USER LYRAA.XO.
- 131 PAGES OF INSTAGRAM CONTENT FOR USER XCXALYSSAXCX

THESE PAGES CONTAIN MESSAGES RECEIVED AND SENT BY THE ABOVE TWO ACCOUNTS.

### Certification

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/20/2018

*Executing officer's signature*
SPECIAL AGENT MATTHEW JAMES HUTCHISON
*Printed name and title*